In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00231-CV


____________________



D.P., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 07-12-12583 JV






MEMORANDUM OPINION


 On July 21, 2009, we notified the parties that the appeal would be dismissed unless
the appellant remitted the filing fee for the appeal. Appellant did not respond to the notice.

 D.P. appealed an order affecting parents in a juvenile proceeding. D.P. has not filed
an affidavit of indigence and has not asserted that she cannot afford to pay the filing fee. 
There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the
appeal is dismissed for want of prosecution. See Tex. R. App. P. 42.3.

 APPEAL DISMISSED.

 _________________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered August 13, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.